[Cite as *Allstate Ins. V. Ohio Dept. of Transp.*, 2010-Ohio-4590.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


ALLSTATE INSURANCE

    Plaintiff

    v.

OHIO DEPT. OF TRANSPORTATION

    Defendant

    Case No. 2010-03665-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL


{¶ 1} On March 9, 2010, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court. Plaintiff entity is was also ordered to submit the $25 filing fee or a poverty statement or face dismissal of this case. A review of the docket reveals plaintiff entity has not complied with the court orders. Therefore, plaintiff entity's claim is DISMISSED, without prejudice. pursuant to Civ.R. 41. The court shall absorb the costs of this case.


_____
DANIEL R. BORCHERT
Deputy Clerk

cc:


Allstate Insurance

Case No. 2010-03665-AD                    - 2 -                              ENTRY

Case No. 2010-03665-AD                    - 2 -                              ENTRY

P.O. Box 660636
Dallas, Texas  75266

DRB/laa
Filed 5/25/10
Sent to S.C. reporter 9/17/10